UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| STACEY PIERCE-NUNES,<br><br>              Plaintiff,<br>   v.<br><br>TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,<br><br>              Defendants.<br>_____/ | No. C 14-00796 JST (LB)<br><br>**NOTICE OF REFERRAL AND ORDER**<br><br>[Re: ECF No. 32] |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to the undersigned, including the Discovery Letter Brief filed on June 3, 2014. Order of Reference, ECF No. 32; Discovery Letter Brief, ECF No. 31. The court will take the Discovery Letter Brief under submission and contact the parties regarding further proceedings. Going forward, the parties shall comply with all applicable requirements in the court's standing order (attached), including all procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: June 5, 2014

                                                      LAUREL BEELER
United States Magistrate Judge

C 14-00796 JST (LB)
NOTICE OF REFERRAL AND ORDER