UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY PIERCE-NUNES, et al., on behalf of themselves and all others similarly situated,<br>Plaintiff(s)<br>v.<br>TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,<br>Defendant(s) | CASE NUMBER<br><br>2:14-cv-07242-DMG-KSx<br><br>~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

Aurelio Diaz   ☒ Plaintiff ☐ Defendant ☐ Other
*Name of Party*

to substitute [see Attachment A] _____ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

_____
*Street Address*

_____   _____
*City, State, Zip*   *E-Mail Address*

_____   _____   _____
*Telephone Number*   *Fax Number*   *State Bar Number*

as attorney of record instead of Judith A. Zahid, Michael S. Christian, and Eric W. Buetzow
*List **all** attorneys from same firm or agency who are withdrawing.*

is hereby   ☒ GRANTED   ☐ DENIED

Dated   July 14, 2016

*/s/ Dolly M. Gee*
Dolly M. Gee, U. S. District Judge

G–01 ORDER (12/14)   (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

Attachment A:
Counsel That Will Continue to Represent Plaintiff Aurelio Diaz

Hayward J. Kaiser (66365)
Gilbert S. Lee (267247)
Mitchell Silberberg & Knupp LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064
Telephone:   (310) 312-2000
Facsimile:   (310) 312-3100
Email:       hjk@msk.com
             gsl@msk.com

Jonathan Shub (237708)
Kohn, Swift & Graf, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone:   (215) 238-1700
Facsimile:   (215) 238-1968
Email:       jshub@kohnswift.com

Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
Law Offices of Francis O. Scarpulla
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone:   (415) 788-7210
Facsimile:   (415) 788-0706
Email:       fos@scarpullalaw.com
             pbc@scarpullalaw.com

Daniel R. Shulman (Pro Hac Vice)
Gregory R. Merz (Pro Hac Vice)
Kathryn J. Bergstrom (Pro Hac Vice)
Dean C. Eyler (Pro Hac Vice)
Gray Plant & Mooty
80 South Eighth Street
500 IDS Center
Minneapolis, MN 55402
Telephone:   (612) 632-3000
Facsimile:   (612) 632-4444
Email:       daniel.shulman@gpmlaw.com
             gregory.merz@gpmlaw.com
             katie.bergstrom@gpmlaw.com
             dean.eyler@gpmlaw.com